UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LYNELL KING,

    Plaintiff,

v.

KEVIN R. CHAPPELL,

    Defendant.

Case No. 14-cv-04197-JST (PR)

**ORDER OF DISMISSAL**

Plaintiff, a California prisoner currently incarcerated at the San Quentin State Prison and proceeding pro se, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. Court records indicate that plaintiff raised the same claims in Case No. 14-3650 JST (PR), which the Court dismissed with leave to amend on November 3, 2014. Accordingly, the instant action is DISMISSED as duplicative. See Adams v. Cal. Dept. of Health Services, 487 F.3d 684, 688 (9th Cir. 2007). The Clerk is directed to terminate all pending motions and close the file. No filing fee is due.

**IT IS SO ORDERED.**

Dated: December 8, 2014

    JON S. TIGAR
    United States District Judge